IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT JAMES SOLNICK                                    PLAINTIFF

v.                                             CAUSE NO. 1:18CV388-LG-RHW

COMMISSIONER OF
SOCIAL SECURITY                                          DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is the [13] Report and Recommendation entered by

United States Magistrate Judge Robert H. Walker. Judge Walker recommends that

the Commissioner of Social Security's final decision should be affirmed. Solnick has

not filed an objection to the Report and Recommendation.

Where no party has objected to the Magistrate Judge's report and

recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. §

636(b)(1) ("A judge of the court shall make a de novo determination of those portions

of the report or specified proposed findings and recommendations to which objection

is made.") In such cases, the Court need only satisfy itself that there is no clear

error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415,

1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's

Report and Recommendation is neither clearly erroneous nor contrary to law.

Therefore, the Report and Recommendation is adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [13] Report

and Recommendation entered by United States Magistrate Judge Robert H. Walker

is **ADOPTED** as the opinion of this Court.  The Commissioner's decision is

**AFFIRMED**.  The Court will enter a separate judgment pursuant to Fed. R. Civ. P.

58.

SO ORDERED AND ADJUDGED this the 3rd day of March, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE